**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In Re:  Tamara Keon McCrae                    Case No. 13-30646-WIL
                                              Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust, Movant

vs.

Tamara Keon McCrae, Debtor
                    Respondent(s)

## NOTICE REGARDING NOTICE OF DEFAULT

TO THE CLERK:

This Notice serves to advise the Court that the Debtor(s) made payment(s) with respect to the Notice of Default filed in the above captioned matter by the Movant or its successor in interest. The Notice of Default as filed is either the first or second default under the terms of the Agreed Order.

Signed and mailed this 19th day of December, 2018.

Respectfully submitted:

/s/ Joshua Welborn, Esq. (Jwel)
Attorney for Movant
McCabe, Weisberg & Conway
312 Marshall Avenue, Suite 800
Laurel, MD 20707
Bar No. 29359
bankruptcymd@mwc-law.com

18-603111

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2018 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, Maryland  21046
cmecf@chapter13maryland.com

L. Jeanette Rice
Walsh, Becker, Wood & Rice
14300 Gallant Fox Lane
Suite 218
Bowie, Maryland  20715
riceesq@att.net

I hereby further certify that on the 19th day of December, 2018, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Tamara Keon McCrae
7110 Sheffield Drive
Temple Hills, Maryland  20748
(Via U.S Mail)

                                                 */s/ Joshua Welborn, Esq.*
                                                 Joshua Welborn, Esq.

18-603111